1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Perry Cain, et al., | No. CIV 05-1659-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| City of St. Johns, et al., | |
| Defendants. | |

Pending before the Court is the parties' Joint Motion to Continue Final Pretrial Conference. [Doc. No. 67] Good cause appearing,

**IT IS ORDERED** the parties' Joint Motion to Continue Final Pretrial Conference [Doc. No. 67] is **GRANTED**.

**IT IS FURTHER ORDERED** the Final Pretrial Conference currently scheduled for February 28, 2007 is **VACATED**.

**IT IS FURTHER ORDERED** that the Court will conduct a Final Pretrial Conference in this matter on **April 5, 2007 at 4:00 p.m.** before the Honorable Stephen M. McNamee.

**IT IS FURTHER ORDERED** that all provisions of the Court's January 16, 2007 Amended Scheduling Order Regarding Final Pretrial Conference [Doc. No. 65] with the exception of the dates changed below, remain in full force and effect:

1. The Proposed Pretrial Order shall be submitted no later than 5:00 p.m. on March 9, 2007, within the guidelines contained in the Court's January 16th, 2007 Order.

2. That motions in limine be filed and served no later than March 9, 2007, with responses to motions in limine due March 16, 2007.

DATED this 1st day of February, 2007.

_____
Stephen M. McNamee
United States District Judge

- 2 -