**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Perry Cain, et al., | No. CIV 05-1659-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| City of St. Johns, et al., | |
| Defendants. | |

  Pending before the Court is the parties' Joint Motion to Continue Dispositive Motion Deadline. [Doc. No. 70]  Good cause appearing,

  **IT IS ORDERED** the parties' Joint Motion to Continue Dispositive Motion Deadline [Doc. No. 70] is **GRANTED**.

  **IT IS FURTHER ORDERED** that the parties shall have through February 23, 2007, to submit any dispositive motions in this action.

  DATED this 12th day of February, 2007.

Stephen M. McNamee
United States District Judge