**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Perry Cain, et al., | ) | No. CIV 05-1659-PCT-SMM |
| Plaintiffs, | ) | **ORDER** |
| v. | ) | |
| City of St. Johns, et al., | ) | |
| Defendants. | ) | |

      Pending before the Court is Defendants' Motion to Strike Plaintiffs' Notice of Service of Acceptance of Offer of Judgment/Acceptance of Offer of Judgment, Response to Plaintiffs' Acceptance of Offer of Judgment and Request for Expedited Hearing. (Dkt. 78 ).

      Defendants request an expedited hearing to address Plaintiffs' Notice of Service of Acceptance of Offer of Judgment. (Dkt. 76).  Defendants served Plaintiffs with an Offer of Judgment on February 6, 2007.  On February 12, 2007, Defendants notified the Court that they had revoked the February 6th Offer of Judgment (Dkt. 72) and served Plaintiffs with another Offer of Judgment (Dkt. 73).  Plaintiffs notified the Court on February 16, 2007, that they had accepted Defendants' February 6th Offer of Judgment. (Dkt. 76).  While it is obvious to the Court that an issue has arisen over the offers of judgement, the Court finds no reason to grant Defendants' request for an expedited hearing.  Instead, the Court will order Plaintiffs to respond to Defendants' Motion to Strike (Dkt. 78) and extend the deadlines for filing

1  dispositive motions and pretrial materials.  Furthermore, the Court will move the Final
2  Pretrial Conference to a later date to accommodate the new deadlines.
3      Accordingly,
4      **IT IS HEREBY ORDERED DENYING** Defendants' request for an expedited
5  hearing (Dkt. 78).
6      **IT IS FURTHER ORDERED** that Plaintiffs shall file a response to Defendants'
7  Motion to Strike (Dkt. 78) by **5:00 p.m. on March 9, 2007.**
8      **IT IS FURTHER ORDERED** that the deadline for submitting dispositive motions
9  is **CONTINUED**. The parties shall have through **March 23, 2007** to submit any dispositive
10 motions in this matter.
11     **IT IS FURTHER ORDERED** that all provisions of the Court's January 16, 2007
12 Amended Scheduling Order Regarding Final Pretrial Conference (Dkt. 65), with the
13 exception of the dates changed below, remain in full force and effect:
14     i. <u>Motions in limine</u> shall be filed and served no later **April 6, 2007**, with responses
15     due by **April 13, 2007.**
16     ii. <u>Proposed Pretrial Order</u> shall be submitted no later than **5:00 p.m. on April 6,**
17     **2007**, within the guidelines contained in the Amended Scheduling Order Regarding
18     Final Pretrial Conference.
19     iii. <u>Final Pretrial Conference</u>, currently set for April 5, 2007, is **VACATED**.
20     The Final Pretrial Conference has been **rescheduled for May 10, 2007 at 4:00 p.m.**
21     before the Honorable Stephen M. McNamee.
22     DATED this 22[rd] day of February, 2007.

        _____
        Stephen M. McNamee
        United States District Judge