1  **WO**

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7                     FOR THE DISTRICT OF ARIZONA

8

9  Perry Cain, et al.,                    )    No. CIV 05-1659-PCT-SMM
                                          )
10            Plaintiffs,                 )    **ORDER**
                                          )
11  v.                                    )
                                          )
12                                        )
   City of St. Johns, et al.,             )
13                                        )
              Defendants.                 )
14                                        )
                                          )
15  _____  )

16          On April 20, 2007, Defendants filed a Notice of Settlement with the Court. (Dkt. 90)

17  Accordingly,

18          **IT IS ORDERED** that the Court will conduct a Status Hearing in this matter on

19  **Monday, June 11, 2007, at 2:30 p.m.,** before the Honorable Stephen M. McNamee in

20  Courtroom 605 at 401 West Washington Street in Phoenix, Arizona.

21          **IT IS FURTHER ORDERED** that the parties have 30 days from the date of this

22  Order by which to file a stipulated dismissal, and that if such a dismissal is timely filed, the

23  Status Hearing will be vacated.

24  //

25  //

26  //

27  //

28

1    **IT IS FURTHER ORDERED** that the Final Pretrial Conference set for May 30,

2  2007  is **VACATED**.

3       DATED this 24th day of April, 2007.

4

5

6                              Stephen M. McNamee
                               United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28