**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Perry CAIN, et al., | ) | No. CIV 05-1659-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF ST. JOHNS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Dkt. 92)  Good cause appearing,

**IT IS HEREBY ORDERED** the parties' Stipulation for Dismissal With Prejudice (Dkt. 92) is **GRANTED,** and this matter is dismissed WITH PREJUDICE, each party to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 22nd day of May, 2007.

_____
Stephen M. McNamee
United States District Judge